Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.: 16−20656−ABA
                          Chapter: 13
                          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Claire T Galiano
   aka Claire T Morano
   221 Hollywood Avenue
   Villas, NJ 08251

Social Security No.:
   xxx−xx−4442

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     3/26/20
Time:    02:00 PM
Location:  Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney, period: 11/28/2017 to 7/24/2019

COMMISSION OR FEES
Fees $2,000.00

EXPENSES
0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 18, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-20656-ABA
Claire T Galiano                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Feb 18, 2020
                              Form ID: 137             Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
```
db            +Claire T Galiano,    221 Hollywood Avenue,    Villas, NJ 08251-1238
cr            +Ocean City Home Bank,    c/o Robert L. Saldutti, Esquire,    Saldutti, LLC,    800 N Kings Highway,
                Suite 300,    Cherry Hill, NJ 08034-1511
cr            +OceanFirst Bank, N.A.,    c/o Saldutti Law Group,    800 N. Kings Highway, Suite 300,
                Cherry Hill, NJ 08034-1511
cr            +SN Servicing Corporation as servicer for U.S. Bank,    Friedman Vartolo LLP,
                85 Broad Street, Suite 501,    New York, NY 10004-1734
516211705     +Al's Plumbing & Heating Inc.,    1255 Bayshore RD,    Villas, NJ 08251-2516
516211706     +Alere Home Monitoring,    PO Box 6359,    Carol Stream, IL 60197-6359
516211708      Boscov's,    C/O AssetRecovery,    220 E. Devon Ave,    Ste 200,    Des Plaines, IL 60018
516211709      Bureaus Investment Group,    c/o Central Credit Services Inc,    PO Box 15118,
                Jacksonville, FL 32239-5118
516211710     +Cape Regional Physicians Association,    PO Box 593,    Cape May Court House, NJ 08210-0593
516211711     +Capital One Retail Card Service,    c/o The Bureaus,    650 Dundee Road, Ste 370,
                Northbrook, IL 60062-2757
516211712     +Chase Bank USA, N.A.,    C/O Real Time Solutions,    Dept. 107565,    PO Box 1259,
                Oaks, PA 19456-1259
516211713     +Chase/Bank One,    PO Box 15298,    Wilmington, DE 19850-5298
516211720      Comenity Capital/HSN/World Financial,    C/O Portfolio Recovery Associates LLC,
                Norfolk, VA 23541
518030138     +DLJ Mortgage Capital, Inc,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
516211723     +Holy Redeemer VNA-NJ,    C/O Tabas & Rosen, P.C.,    1601 Market St.,    Suite 2300,
                Philadelphia, PA 19103-2306
516283791    #+Mount Carmel Hospital,    793 W State St,    Columbus OH 43222-1551
516211726     +Ocean City Home Bank,    c/o Saldutti Law Group,    800 North Kings Highway, Ste 300,
                Cherry Hill, NJ 08034-1511
516335727    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:   State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516211727      State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
516211729     +Towne Property Management,    777 Dearborn Park Lane,    Columbus, OH 43085-5716
516211730     +Univ of PA/Dept of Medicine,    C/O Arcadia Recovery Bureau, LLC,    PO BOX 70256,
                Philadelphia, PA 19176-0256
516211731      Univ of Penn Health System,    c/o Penn Credit,    916 S. 14th Street,    PO Box 988,
                Harrisburg, PA 17108-0988
516211734     +Verizon,    c/o Trident Asset Management,    53 Perimeter Center East, Ste 440,
                Atlanta, GA 30346-2230
517396745      Wilmington Savings Fund Society, FSB, et al,    c/o Kondaur Capital Corporation,
                333 South Anita Drive, Suite 400,    Orange, Ca. 92868-3314
517396746     +Wilmington Savings Fund Society, FSB, et al,    c/o Kondaur Capital Corporation,
                333 South Anita Drive, Suite 400,    Orange, Ca. 92868-3314,
                Wilmington Savings Fund Society, FSB, et,    c/o Kondaur Capital Corporation 92868-3314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 19 2020 02:33:25     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 19 2020 02:33:20     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: cio.bncmail@irs.gov Feb 19 2020 02:32:27     Internal Revenue Service,
                955 S. Springfield Avenue,    Springfield, NJ  07081
516329766      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 19 2020 02:38:34
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
516422076      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2020 02:38:22
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516211707     +E-mail/Text: bankruptcy@pepcoholdings.com Feb 19 2020 02:32:39     Atlantic City Electric,
                PO Box 13610,    Philadelphia, PA 19101-3610
516226095     +E-mail/Text: bankruptcy@pepcoholdings.com Feb 19 2020 02:32:39     Atlantic City Electric Co,
                5 Collins Drive, Suite 2133,    Mailstop 84CP42,    Carneys Point, NJ 08069-3600
516293847      E-mail/PDF: rmscedi@recoverycorp.com Feb 19 2020 02:36:26
                Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
517323013     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 02:38:11
                Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516211714     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 02:38:15
                Citibank, N.A./The Home Depot,    C/O Portfolio Recovery Associates, LLC,    PO Box 12914,
                Norfolk, VA 23541-0914
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Feb 18, 2020
                              Form ID: 137             Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516211715        E-mail/Text: bankruptcy@philapark.org Feb 19 2020 02:34:13
                 City of Philadelphia Parking Violation,    PO Box 41818,   Philadelphia, PA 19101-1818
516211716       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 02:36:22
                 Comenity Bank/Brylane Home,    c/o Portfolio Recovery Associates, LLC,   PO Box 12914,
                 Norfolk, VA 23541-0914
516211717       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 02:32:48
                 Comenity Bank/Peebles Credit Card,    PO Box 182273,   Columbus, OH 43218-2273
516211718       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 02:36:21
                 Comenity Bank/Roamans/World Financial,    C/O Portfolio Recovery Associates, LLC,
                 PO Box 12914,    Norfolk, VA 23541-0914
516211719       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 02:38:12
                 Comenity Bank/Woman Within,    C/O Portfolio Recovery Associates, LLC,   Dept 922,
                 PO Box 4115,    Concord, CA 94524-4115
516255943       +E-mail/Text: bankruptcy@cbtno.com Feb 19 2020 02:34:30       Crescent Bank & Trust,
                 PO Box 61813,    New Orleans, LA 70161-1813
516211721       +E-mail/Text: bankruptcy@cbtno.com Feb 19 2020 02:34:30       Crescent Bank & Trust,
                 5401 Jefferson Hwy,    Suite D,   New Orleans, LA 70123-4232
516211722        E-mail/Text: mrdiscen@discover.com Feb 19 2020 02:32:05       Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
516222817        E-mail/Text: mrdiscen@discover.com Feb 19 2020 02:32:05       Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
516211725       +E-mail/Text: collectionbankruptcy@oceanfirst.com Feb 19 2020 02:34:02      Ocean City Home Bank,
                 1001 Asbury Avenue,    Ocean City, NJ 08226-3392
516229403        E-mail/PDF: rmscedi@recoverycorp.com Feb 19 2020 02:38:18       Orion,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516250516        E-mail/PDF: rmscedi@recoverycorp.com Feb 19 2020 02:38:18       Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
517317230       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 02:37:12
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk VA 23541-1021
516434714        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 02:38:12
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,   Norfolk VA 23541
516434375       +E-mail/Text: bankruptcy@philapark.org Feb 19 2020 02:34:13       Philadelphia Parking Authority,
                 701 Market Street, Suite 5400,    Philadelphia, PA 19106-2895
518161105        E-mail/Text: jennifer.chacon@spservicing.com Feb 19 2020 02:34:27
                 Select Portfolio Servicing, Inc., et. al.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
518161106        E-mail/Text: jennifer.chacon@spservicing.com Feb 19 2020 02:34:27
                 Select Portfolio Servicing, Inc., et. al.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250,
                 Select Portfolio Servicing, Inc., et. al.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
516211728        E-mail/Text: bankruptcy@sccompanies.com Feb 19 2020 02:34:29       Swiss Colony,
                 1112 7th Avenue,    Monroe, WI 53566-1364
516276199       +E-mail/Text: bankruptcy@sccompanies.com Feb 19 2020 02:34:29       The Swiss Colony,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
518565161       +E-mail/Text: bknotices@snsc.com Feb 19 2020 02:34:15       US Bank Trust NA,
                 c/o SN Servicing Corporation,    323 Fifth Street,   Eureka, CA 95501-0305
518565162       +E-mail/Text: bknotices@snsc.com Feb 19 2020 02:34:15       US Bank Trust NA,
                 c/o SN Servicing Corporation,    323 Fifth Street,   Eureka, CA 95501,   US Bank Trust NA,
                 c/o SN Servicing Corporation 95501-0305
516211733       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 19 2020 02:29:12
                 Verizon,    500 Technology Drive, Ste 300,   Weldon Spring, MO 63304-2225
516211732        E-mail/Text: bankruptcynotices@dcicollect.com Feb 19 2020 02:34:01       Verizon,
                 c/o Diversified Consultants, Inc.,    Po Box 551268,   Jacksonville, FL 32255-1268
                                                                                                TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Crescent Bank & Trust,    PO Box 61813,   New Orleans, LA  70161-1813
516211724*     IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1          User: admin                    Page 3 of 3                   Date Rcvd: Feb 18, 2020
                              Form ID: 137                   Total Noticed: 58
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2020 at the address(es) listed below:
              Eric   Clayman     on behalf of Debtor Claire T Galiano jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Claire T Galiano jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   Crescent Bank & Trust ecfmail@mortoncraig.com,
               mortoncraigcf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation as servicer for U.S. Bank
               Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor   DLJ Mortgage Capital, Inc.
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Phillip Andrew Raymond    on behalf of Creditor   Select Portfolio Servicing, Inc., et. al.
               phillip.raymond@mccalla.com
              Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca K. McDowell    on behalf of Creditor   OceanFirst Bank, N.A. rmcdowell@slgcollect.com
              Robert L. Saldutti    on behalf of Creditor   Ocean City Home Bank rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;kcollins@slgcollect.com
              Stephanie F. Ritigstein    on behalf of Debtor Claire T Galiano jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              William E. Craig    on behalf of Creditor    Crescent Bank & Trust mortoncraigcf@gmail.com,
               mortoncraigcf@gmail.com
                                                                                              TOTAL: 14
```