| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |

Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>Claire Galiano<br>debtor | Case No.: | 16-20656 |
|---|---|---|
| | Chapter: | 13 |
| | Hearing Date: | 11/18/17-<br>8/16/19 |
| | Judge: | ABA |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: March 26, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $2200.00  for services rendered and expenses in the amount of $ 0.00  for a total of  $ 2200.000.  The allowance is payable:

    X   through the Chapter 13 plan as an administrative priority.

    ___ outside the plan.

The debtor's monthly plan is modified to require a payment of  $   874.00     per month for  17  months to allow for payment of the above fee.

6