| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on March 26, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Claire Galiano<br>debtor | Case No.: 16-20656<br><br>Chapter: 13<br><br>Hearing Date: 11/18/17- 8/16/19<br><br>Judge: ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: March 26, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $2200.00 for services rendered and expenses in the amount of $ 0.00  for a total of  $ 2200.000.  The allowance is payable:

   X   through the Chapter 13 plan as an administrative priority.
   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of  $   874.00    per month for  17 months to allow for payment of the above fee.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 16-20656-ABA
Claire T Galiano                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Mar 26, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
db             +Claire T Galiano,   221 Hollywood Avenue,   Villas, NJ 08251-1238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:
              Eric   Clayman    on behalf of Debtor Claire T Galiano jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Claire T Galiano jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   Crescent Bank & Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation as servicer for U.S. Bank
               Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor   DLJ Mortgage Capital, Inc.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Phillip Andrew Raymond    on behalf of Creditor   Select Portfolio Servicing, Inc., et. al.
               phillip.raymond@mccalla.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca K. McDowell    on behalf of Creditor   OceanFirst Bank, N.A. rmcdowell@slgcollect.com
              Robert L. Saldutti    on behalf of Creditor   Ocean City Home Bank rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;kcollins@slgcollect.com
              Stephanie F. Ritigstein    on behalf of Debtor Claire T Galiano jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              William E. Craig    on behalf of Creditor   Crescent Bank & Trust mortoncraigecf@gmail.com,
               mortoncraigecf@gmail.com
                                                                                              TOTAL: 14