**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Claire T Galiano<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4442<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–20656–ABA | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Claire T Galiano
   aka Claire T Morano

10/6/21                                                           **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Claire T Galiano  
    Debtor

Case No. 16-20656-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 06, 2021 | Form ID: 3180W | Total Noticed: 59 |

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Claire T Galiano, 221 Hollywood Avenue, Villas, NJ 08251-1238 |
| cr | + | Ocean City Home Bank, c/o Robert L. Saldutti, Esquire, Saldutti, LLC, 800 N Kings Highway, Suite 300 Cherry Hill, NJ 08034-1511 |
| cr | + | OceanFirst Bank, N.A., c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 516211705 | + | Al's Plumbing & Heating Inc., 1255 Bayshore RD, Villas, NJ 08251-2516 |
| 516211706 | + | Alere Home Monitoring, PO Box 6359, Carol Stream, IL 60197-6359 |
| 516211708 | | Boscov's, C/O AssetRecovery, 220 E. Devon Ave, Ste 200, Des Plaines, IL 60018 |
| 516211709 | | Bureaus Investment Group, c/o Central Credit Services Inc, PO Box 15118, Jacksonville, FL 32239-5118 |
| 516211710 | + | Cape Regional Physicians Association, PO Box 593, Cape May Court House, NJ 08210-0593 |
| 516211711 | + | Capital One Retail Card Service, c/o The Bureaus, 650 Dundee Road, Ste 370, Northbrook, IL 60062-2757 |
| 516211712 | + | Chase Bank USA, N.A., C/O Real Time Solutions, Dept. 107565, PO Box 1259, Oaks, PA 19456-1259 |
| 516211720 | | Comenity Capital/HSN/World Financial, C/O Portfolio Recovery Associates LLC, Norfolk, VA 23541 |
| 518030138 | + | DLJ Mortgage Capital, Inc, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516211723 | + | Holy Redeemer VNA-NJ, C/O Tabas & Rosen, P.C., 1601 Market St., Suite 2300, Philadelphia, PA 19103-2306 |
| 516211726 | + | Ocean City Home Bank, c/o Saldutti Law Group, 800 North Kings Highway, Ste 300, Cherry Hill, NJ 08034-1511 |
| 516335727 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518161105 | | Select Portfolio Servicing, Inc., et. al., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518161106 | | Select Portfolio Servicing, Inc., et. al., P.O. Box 65250, Salt Lake City, UT 84165-0250, Select Portfolio Servicing, Inc., et. al, P.O. Box 65250 Salt Lake City, UT 84165-0250 |
| 516211727 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 516211729 | + | Towne Property Management, 777 Dearborn Park Lane, Columbus, OH 43085-5716 |
| 516211730 | + | Univ of PA/Dept of Medicine, C/O Arcadia Recovery Bureau, LLC, PO BOX 70256, Philadelphia, PA 19176-0256 |
| 516211731 | | Univ of Penn Health System, c/o Penn Credit, 916 S. 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 516211734 | + | Verizon, c/o Trident Asset Management, 53 Perimeter Center East, Ste 440, Atlanta, GA 30346-2230 |
| 517396745 | | Wilmington Savings Fund Society, FSB, et al, c/o Kondaur Capital Corporation, 333 South Anita Drive, Suite 400, Orange, Ca. 92868-3314 |
| 517396746 | + | Wilmington Savings Fund Society, FSB, et al, c/o Kondaur Capital Corporation, 333 South Anita Drive, Suite 400, Orange, Ca. 92868-3314, Wilmington Savings Fund Society, FSB, et c/o Kondaur Capital Corporation 92868-3314 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | Oct 07 2021 00:23:00 | Internal Revenue Service, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 516329766 | | EDI: AIS.COM | | |

Case 16-20656-ABA   Doc 113   Filed 10/08/21   Entered 10/09/21 00:14:06   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: 3180W | Total Noticed: 59 |

| | | | |
|---|---|---|---|
| 516422076 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2021 00:23:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| | | Oct 06 2021 20:24:59 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516211707 | + Email/Text: bankruptcy@pepcoholdings.com | Oct 06 2021 20:21:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 516226095 | + Email/Text: bankruptcy@pepcoholdings.com | Oct 06 2021 20:21:00 | Atlantic City Electric Co, 5 Collins Drive, Suite 2133, Mailstop 84CP42, Carneys Point, NJ 08069-3600 |
| 517323013 | + EDI: RECOVERYCORP.COM | Oct 07 2021 00:23:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516293847 | EDI: RECOVERYCORP.COM | Oct 07 2021 00:23:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 516211714 | + EDI: PRA.COM | Oct 07 2021 00:23:00 | Citibank, N.A./The Home Depot, C/O Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 516211715 | Email/Text: bankruptcy@philapark.org | Oct 06 2021 20:21:00 | City of Philadelphia Parking Violation, PO Box 41818, Philadelphia, PA 19101-1818 |
| 516211716 | + EDI: PRA.COM | Oct 07 2021 00:23:00 | Comenity Bank/Brylane Home, c/o Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 516211717 | + EDI: WFNNB.COM | Oct 07 2021 00:23:00 | Comenity Bank/Peebles Credit Card, PO Box 182273, Columbus, OH 43218-2273 |
| 516211718 | + EDI: PRA.COM | Oct 07 2021 00:23:00 | Comenity Bank/Roamans/World Financial, C/O Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 516211719 | + EDI: PRA.COM | Oct 07 2021 00:23:00 | Comenity Bank/Woman Within, C/O Portfolio Recovery Associates, LLC, Dept 922, PO Box 4115, Concord, CA 94524-4115 |
| 516211721 | + EDI: CRESCENTBANK.COM | Oct 07 2021 00:23:00 | Crescent Bank & Trust, 5401 Jefferson Hwy, Suite D, New Orleans, LA 70123-4232 |
| 516255943 | + EDI: CRESCENTBANK.COM | Oct 07 2021 00:23:00 | Crescent Bank & Trust, PO Box 61813, New Orleans, LA 70161-1813 |
| 516211722 | EDI: DISCOVER.COM | Oct 07 2021 00:23:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 516222817 | EDI: DISCOVER.COM | Oct 07 2021 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516211713 | EDI: JPMORGANCHASE | Oct 07 2021 00:23:00 | Chase/Bank One, PO Box 15298, Wilmington, DE 19850-5229 |
| 516211725 | + Email/Text: collectionbankruptcy@oceanfirst.com | Oct 06 2021 20:21:00 | Ocean City Home Bank, 1001 Asbury Avenue, Ocean City, NJ 08226-3392 |
| 516229403 | EDI: RECOVERYCORP.COM | Oct 07 2021 00:23:00 | Orion, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516250516 | EDI: RECOVERYCORP.COM | Oct 07 2021 00:23:00 | Orion Portfolio Services LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami, FL 33131-1605 |
| 517317230 | + EDI: RECOVERYCORP.COM | Oct 07 2021 00:23:00 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516434714 | EDI: PRA.COM | Oct 07 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o The |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: 3180W | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Home Depot, POB 41067, Norfolk VA 23541 |
| 516434375 | + | Email/Text: bankruptcy@philapark.org | Oct 06 2021 20:21:00 | Philadelphia Parking Authority, 701 Market Street, Suite 5400, Philadelphia, PA 19106-2895 |
| 516211728 | | EDI: CBS7AVE | Oct 07 2021 00:23:00 | Swiss Colony, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516276199 | + | EDI: CBS7AVE | Oct 07 2021 00:23:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519161291 | + | Email/Text: bknotices@snsc.com | Oct 06 2021 20:21:00 | U.S. Bank Trust N.A. et al.,, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust N.A. et al.,, c/o SN Servicing Corporation 95501-0305 |
| 519161290 | + | Email/Text: bknotices@snsc.com | Oct 06 2021 20:21:00 | U.S. Bank Trust N.A. et al.,, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518565162 | + | Email/Text: bknotices@snsc.com | Oct 06 2021 20:21:00 | US Bank Trust NA, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, US Bank Trust NA, c/o SN Servicing Corporation 95501-0305 |
| 518565161 | + | Email/Text: bknotices@snsc.com | Oct 06 2021 20:21:00 | US Bank Trust NA, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 516211732 | | EDI: DCI.COM | Oct 07 2021 00:23:00 | Verizon, c/o Diversified Consultants, Inc., Po Box 551268, Jacksonville, FL 32255-1268 |
| 516211733 | + | EDI: VERIZONCOMB.COM | Oct 07 2021 00:23:00 | Verizon, 500 Technology Drive, Ste 300, Weldon Spring, MO 63304-2225 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Crescent Bank & Trust, PO Box 61813, New Orleans, LA 70161-1813 |
| cr | *+ | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad St, Suite 501, New York, NY 10004-1734 |
| 516211724 | * | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516283791 | ##+ | Mount Carmel Hospital, 793 W State St, Columbus OH 43222-1551 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: 3180W | Total Noticed: 59 |

| Name | Email Address |
|---|---|
| Eric Clayman | on behalf of Debtor Claire T Galiano mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Claire T Galiano mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Crescent Bank & Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Chalet Series IV Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor DLJ Mortgage Capital  Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor Select Portfolio Servicing  Inc., et. al. phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor OceanFirst Bank  N.A. rmcdowell@slgcollect.com |
| Robert L. Saldutti | on behalf of Creditor Ocean City Home Bank rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;kcollins@slgcollect.com |
| Stephanie F. Ritigstein | on behalf of Debtor Claire T Galiano mail@jenkinsclayman.com kevin@jenkinsclayman.com |
| William E. Craig | on behalf of Creditor Crescent Bank & Trust mortoncraigecf@gmail.com mortoncraigecf@gmail.com |

TOTAL: 15